UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL NIEVES,<br><br>                              Plaintiff,<br><br>       -against-<br><br>LAURA WARD – SUPREME COURT JUSTICECITY,<br><br>                              Defendant. | 22-CV-1861 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued April 19, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice as duplicative of the case under docket number 22-CV-1382 (LTS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 19, 2022
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge